

RECEIVED

SEP 1 7 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-168 |
|  | ) |  |
| v. | ) | <u>INDICTMENT</u> |
|  | ) |  |
| CARLOS ARTEMIO PADILLA, | ) | T. 21 U.S.C. § 841(a)(1) |
| ANDY ALEJANDRO PEREZ, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| KAREN ASUCENA CAMACHO, and | ) | T. 21 U.S.C. § 846 |
| JUANA ARIAS AGUILAR, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least May 2019, and continuing until June 18, 2020, in the Southern District of Iowa and elsewhere, the defendants, CARLOS ARTEMIO PADILLA, ANDY ALEJANDRO PEREZ, KAREN ASUCENA CAMACHO, and JUANA ARIAS AGUILAR, conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

_____

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____

Margaret A. Steindorf
Special Assistant United States Attorney