# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-4027

_____

United States of America

Plaintiff - Appellee

v.

Carlos Artemio Padilla

Defendant - Appellant

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:20-cr-00168-RGE-1)

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 03, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans